**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Rafael HERNANDEZ-RODRIGUEZ, Defendant-Appellant.**

**No. 16-7714**

United States Court of Appeals, Fourth Circuit.

Submitted: April 5, 2017

Decided: May 3, 2017

194

Rafael Hernandez-Rodriguez, Appellant Pro Se. Robert Michael Hamilton, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Before NIEMEYER, KING, and FLOYD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rafael Hernandez-Rodriguez appeals the district court's order granting his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) (2012). On appeal, he challenges the extent of the district court's reduction. We have reviewed the record and find no reversible error. The district court reduced his sentence to the bottom of his amended Guidelines range based on Amendment 782. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Hernandez-Rodriguez*, No. 1:11-cr-00309-WO-5 (M.D.N.C. Feb. 12, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*